Date: 05/20/10 Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 2014 Dated 05/20/10
Case Number 09-37711 - MCLEOD, DAVID M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| INTEGRA TELECOM<br>1201 NE LLOYD BLVD STE 500<br>PORTLAND OR 97232<br>746438 | 000005 | 514.56 | 1.28 |
| CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>8056   5301 | 000006 | 597.77 | 1.48 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-1786 | 000014 | 616.85 | 1.54 |
| ---- Remittance Total ---- | | 1,729.18 | 4.30 |

MICHAEL J. IANNACONE, Trustee

Rec. #2237

RECEIVED 10 MAY 24 AM 9:22 U.S. BANKRUPTCY COURT ST PAUL MN

COURT1 Printed: 05/20/10 02:05 PM   Ver: 15.09